# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1023

_____

Reginald Watson,                          *
                                          *
        Appellant,              *
                                          *  Appeal from the United States
    v.                            *  District Court for the
                                          *  Eastern District of Missouri.
Missouri Division of Employment           *
Security,                                 *  [UNPUBLISHED]
                                          *
        Appellee.               *

_____

Submitted: May 7, 2010
Filed: May 11, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Reginald Watson appeals the district court's[1] dismissal of his civil action in which he sought an order compelling the Missouri Division of Employment Security to pay him unemployment compensation. After careful de novo review, see LeMay v. U.S. Postal Serv., 450 F.3d 797, 799 (8th Cir. 2006), we conclude that dismissal was proper, see Pennhurst State Sch. & Hosp. v. Halderman, 465 U.S. 89, 100 (1984)

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

(Eleventh Amendment bars suits against unconsenting states and their agencies in federal court).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____